IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE J EMIGH, | No. C -12-06533(EDL) |
| Plaintiff, | **REPORT AND RECOMMENDATION TO DISMISS CASE** |
| v. | |
| UCSF MEDICAL CENTER, | |
| Defendant. | |

On December 21, 2012, pro se Plaintiff Laurie Emigh filed a civil rights complaint against UCSF Medical Center. At the time of filing, the Clerk's Office inadvertently allowed Plaintiff to file her complaint without paying the required filing fee of $350.00 or submitting an application to proceed in forma pauperis. On December 28, 2012, the Clerk's Office issued a notice requiring that Plaintiff pay the filing fee or complete an application to proceed in forma pauperis within 30 days to avoid dismissal of her complaint. On January 28, 2013, the Clerk's Office sent Plaintiff a second notice warning her that her complaint would be dismissed if she did not pay the filing fee or complete an application to proceed in forma pauperis within 30 days. Plaintiff still has not paid the filing fee or filed an application to proceed in forma pauperis. Therefore, the case should be administratively terminated.

Because all parties have not consented to this Court's jurisdiction pursuant to 28 U.S.C. § 636(c), the Court issues this Report and Recommendation and hereby reassigns the case to a district judge. Any party may serve and file specific written objections to this recommendation within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ.

1  P.72(b); Civil Local Rule 72-3.  Failure to file objections within the specified time may waive the
2  right to appeal the District Court's order.

4  **IT IS SO ORDERED.**

6  Dated: March 6, 2013

                                                    ELIZABETH D. LAPORTE
                                                    United States Chief Magistrate Judge